UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/3/2020___
```

MICHAEL NIEVES,

                Plaintiff,

      -v-

THE HONORABLE CURTIS J. FARBER, et al.,

               Defendants.

------------------------------------------------------------------------X

20-cv-00990 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has received Defendant's letter-motion dated May 28, 2020, seeking to stay this action pending the resolution of Plaintiff's criminal case. *See* Dkt. No. 17. The request was made without consent of Plaintiff.

IT IS HEREBY ORDERED that if Plaintiff objects to Defendant's letter-motion to stay the action, he shall file a letter describing his objection by no later than July 3, 2020. The action is stayed pending receipt of a written objection by Plaintiff. If Plaintiff files no letter objection to Defendant's stay request, the request will be deemed granted and the action stayed until September 3, 2020 without prejudice to renewing the stay application if Plaintiff's criminal case is not resolved by that date.

IT IS FURTHER ORDERED that if no objection to the stay is filed, or if the Court grants the stay over any objection, Defendant shall file a status letter on or before September 3, 2020 advising the Court as to the status of both Plaintiff's criminal case and the instant action.

The Court's chambers will mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: June 3, 2020
      New York, New York
                                 LEWIS J. LIMAN
                            United States District Judge