```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MICHAEL NIEVES,                                                   :
                                                                  :
                            Plaintiff,                            :
                                                                  :         20-cv-00990 (LJL)
             -v-                                                  :
                                                                  :              ORDER
THE HONORABLE CURTIS J. FARBER, et al.,                           :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     ORDERED that by July 28, 2021, Defendants shall file a status update with the Court advising the Court of the status of Plaintiff's underlying criminal matter and stating whether there is any reason Defendant should not be ordered to answer and the case proceed to discovery.

     SO ORDERED.

Dated: July 21, 2021  
       New York, New York  
                                                           LEWIS J. LIMAN  
                                              United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 7/21/2021