```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
                                                                   :   20-cv-990 (LJL)
MICHAEL NIEVES,                                                    :   21-cv-7171 (LJL)
                                Plaintiff,                         :
        -v-                                                        :   ORDER
                                                                   :
FARBER et al.,                                                     :
                                                                   :
                                                                   :
                                Defendants.                        :
                                                                   :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, the Court exercises its discretion to consolidate these cases into a single action. *See* Federal Rule of Civil Procedure 42(a)(2).

      The Clerk of Court is directed to consolidate all cases listed above under case number 20-cv-990, and to close all other cases. **Counsel and parties are directed to make filings only under case number 20-cv-990.** The consolidated case will remain stayed.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: January 6, 2022
       New York, New York
                                                      LEWIS J. LIMAN
                                                    United States District Judge